# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

HAZEL TATE,

    Plaintiff,

v.                                 Case No: 5:15-cv-28-Oc-30PRL

LOWES HOME CENTERS, LLC,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Amended Notice of Voluntary Dismissal (Dkt. #13).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of June, 2015.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record